Case 3:23-cv-00262   Document 50   Filed on 11/13/24 in TXSD   Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
November 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS GALVESTON DIVISION

| | | |
|---|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-262 |
| COREY JACK HOWELL, *et al.*, | § § § | |
| Defendants. | § | |

# **FINAL DEFAULT JUDGMENT**

Before the court is the plaintiff's motion for default judgment as to defendant Heather Marie Howell. Dkt. 46. The court grants the motion.

The plaintiff served its original complaint, Dkt. 1, upon Howell according to law and returned it to the clerk where it remained on file for the time required by law. The court has read the pleadings and the papers on file and is of the opinion that Howell has admitted the allegations of the plaintiff's complaint. The court further finds that the plaintiff does not seek monetary damages against Howell, but instead seeks certain declarations and a judgment allowing foreclosure of the real property which is the subject of this action.

Therefore, in light of Howell's default and the nature of the plaintiff's claims against her, the court orders as follows:

It is **ORDERED, ADJUDGED, AND DECREED** that the material allegations of the original complaint, Dkt. 1, are deemed admitted as to Heather Marie Howell. It is further,

**ORDERED, ADJUDGED AND DECREED** that an event of default has occurred on that certain *Note* in the principal amount of $165,698.00, with an annual interest rate of 5.250 percent and originally payable to Universal American Mortgage Company, LLC, as lender on a loan secured by the Property, executed by defendant Corey Jack Howell. It is further,

**ORDERED, ADJUDGED AND DECREED** that certain *Deed of Trust* ("Security Instrument" and together with the Note, "Loan Agreement") executed by Corey Jack Howell and Heather Marie Howell ("Borrowers"), recorded in the official public records of Galveston County, Texas, as Instrument No. 2007071335, provides that the plaintiff, as the current owner of the Note and mortgagee of the Security Instrument, in the event of a default on the obligations on the Note, with a lien security interest on that certain real property commonly known as 6701 Hidden Colony Lane, League City, Texas 77573 (the "Property"), and more particularly described as follows:

> LOT 19, BLOCK 1, BAY COLONY POINTE WEST SECTION 2, A SUBDIVISION IN GALVESTON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT RECORDED IN VOLUME 2004A, MAP NUMBER 116, MAP/PLAT RECORDS, GALVESTON COUNTY, TEXAS.

It is further, **ORDERED, ADJUDGED AND DECREED** that the plaintiff is the current legal owner and holder of the Note and beneficiary of the Security Instrument. The plaintiff is also a mortgagee as that term is defined in section 51.0001(4) of the Texas Property Code. It is further,

**ORDERED, ADJUDGED AND DECREED** that the following are secured by the Security Instrument on the Property: the outstanding balance of the Note, including attorney's fees; pre-judgment interest at the Note interest rate of 5.250 percent; post-judgment interest at the Note interest rate of 5.250 percent; and costs of court. It is further,

**ORDERED, ADJUDGED AND DECREED** that the plaintiff, or its successors or assigns, may proceed with foreclosure of Heather Marie Howell's interest in the Property as provided in the Security Instrument and section 51.002 of the Texas Property Code. It is further,

**ORDERED, ADJUDGED, AND DECREED** that if the plaintiff proceeds with foreclosure on the Property, then the purchaser at the foreclosure sale will be vested with all of Heather Marie Howell's interest, rights, and title in the Property. It is further,

**ORDERED, ADJUDGED AND DECREED** that the plaintiff may further communicate with Heather Marie Howell and all third parties reasonably necessary to conduct the foreclosure sale. It is further,

**ORDERED, ADJUDGED AND DECREED** that all costs are to be taxed against Heather Marie Howell as a further obligation of the debt and not as a personal judgment against her. It is further,

**ORDERED, ADJUDGED AND DECREED** that the plaintiff may charge attorneys' fees and costs, which may be added to the balance of the Note and enforceable only against the Property, not as a personal judgment against Heather Marie Howell. It is further,

**ORDERED, ADJUDGED AND DECREED** that this is a final default judgment that fully and finally resolves the claims between the plaintiff and defendant Heather Marie Howell. The plaintiff's claims against the remaining defendants remain pending before the court.

Signed on Galveston Island this 13th day of November, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE